NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**
*Plaintiff-Appellant*

v.

**JACK HENRY & ASSOCIATES, INC.,**
*Defendant-Appellee*

2016-1887

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01138-SLR, Judge Sue L. Robinson.

**ON MOTION**

**O R D E R**

Joao Bock Transaction Systems, LLC notifies the court that its bankruptcy proceedings are continuing.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay is maintained. Joao Bock Transaction Systems is directed to inform the court within 21 days

2         JOAO BOCK TRANSACTION SYSTEMS v. JACK HENRY & ASSOCIATES, INC.

after the bankruptcy proceedings are completed or the automatic stay pursuant to 11 U.S.C. § 362 has been lifted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31